FILED

APR 24 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MAJ. JASON HANCOCK AND CARMEN HANCOCK, BOTH INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF WOODROW HANCOCK, IV, DECEASED MINOR CHILD<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. SA-06-CA-0564-OG<br>)<br>)<br>)<br>) |

## ORDER

On this day, the Court considered the parties' Stipulation of Dismissal. Having reviewed the record, the Court hereby **APPROVES** the Stipulation. Accordingly, the above-captioned case is **DISMISSED** with prejudice. The parties shall bear their own costs.

The Clerk shall close the case.

**SO ORDERED.**

SIGNED on this 23 day of April, 2007.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE